LAW OFFICES
# PAUL E. WARBURGH, JR.

PO BOX 1933
HUNTINGTON, N.Y. 11743

(631) 223-2370

November 7, 2011

Hon. Jose L. Linares
United States District Judge
District of New Jersey
United States Courthouse
Newark, NJ 07101

         Re:   United States v. Luis Corporan
             Docket No. 10-CR-4-JLL

Dear Judge Linares:

Please accept this letter motion in lieu of a formal motion for permission to withdraw as counsel for defendant Luis Corporan.

Shortly after the defendant pleaded guilty in this case, he retained my services to represent him. So on January 21, 2010 I entered a notice of appearance as the defendant's attorney.

The case proceeded and over the ensuing months, the defendant on his own and against my advice sent several letters to the Court claiming his innocence and asking that his guilty plea be withdrawn.

A formal motion was made for withdrawal of his guilty plea and was filed and an evidentiary hearing was commenced. The hearing was recessed and the defendant advised myself and the Court by letter that he was terminating my services.

As a result of all these letters, I respectfully request that I be permitted to withdraw as defendant's attorney and on his behalf request that another attorney be appointed to represent him.

Thank you very much.

            Sincerely yours,

            [signature]   *application to withdraw as counsel is GRANTED*

            Paul E. Warburgh, Jr.

cc:   Robert L. Frazer
    Assistant U.S. Attorney
    By ECF

SO ORDERED: [signature]
DATED: 11/29/2011