UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-04 (JLL) |
| LUIS CORPORAN | : | ORDER |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant LUIS CORPORAN (Mark Berman, Esq., appearing), and defendant having made a motion to withdraw his previously entered plea of guilty, and the defendant on January 5, 2012 having formally moved to withdraw the motion,

IT IS ORDERED,

that the Motion to Withdraw defendant's Guilty Plea is considered moot as it has been withdrawn for consideration, and

IT IS FURTHER ORDERED,

that the defendant's sentencing date shall be February 22, 2012 at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

Date: 1/17/12